IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| STEVEN RALPH LINDBLAD | Violations:  18 U.S.C. §§ 875(c) and 1038(a)(1)(A) |

COUNT ONE

**Interstate Communication of a Threat to Injure Persons**

The Grand Jury Charges:

On or about August 15, 2019, in the District of North Dakota, and elsewhere,

STEVEN RALPH LINDBLAD

did knowingly and willfully transmit in interstate commerce from North Dakota, to another state, a communication containing a threat to injure the person of another. Specifically, the defendant made a telephone call to a customer service representative at his cell phone service provider, during which he stated that he had explosive materials and was going to commit a mass shooting.

In violation of Title 18, United States Code, Section 875(c).

COUNT TWO

**False Information and Hoax**

The Grand Jury Further Charges:

On or about August 15, 2019, in the District of North Dakota and elsewhere,

STEVEN RALPH LINDBLAD

did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, and where such information indicated that an activity would take place that would constitute a violation of Title 18, United States Code, Chapter 40, Section 844(e). Specifically, the defendant made a telephone call to a customer service representative at his cell phone service provider, during which he stated that he had explosive materials and was going to commit a mass shooting.

In violation of Title 18, United States Code, Section 1038(a)(1)(A).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

JTR/ljc