## REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO:    Clerk, United States District Court
          District of North Dakota

The Grand Jury returned an Indictment on June 17, 2020, against STEVEN RALPH LINDBLAD, charging the following:

18 USC § 875(c) – Interstate Communication of a Threat to Injury Persons
18 USC § 1038(a)(1)(A) – False Information and Hoax

---

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒    The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐    The United States recommends that:

      ☐    Bail be set at $ _____

      ☐    Defendant be detained without bail.

COMMENTS:

Dated: June 17, 2020

_____
DREW H. WRIGLEY
United States Attorney